# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MONICA CAPONIO-McKINLEY, an individual; ESTATE OF EDWARD DANNY SMITH; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:08-cv-00471-LKK-JFM<br><br>Action Filed : February 29, 2008<br><br>**ORDER DIRECTING DEPOSIT OF FUNDS**<br><br>[Lodged concurrently with:<br>- Application For Leave to Deposit Funds.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

g:\docs\orders for docketing\lkk\02 orde re app to deposit funds.doc   Case No.: 2:08-cv-00471-LKK-JFM

ORDER DIRECTING DEPOSIT OF FUNDS

1  Pursuant to the previously filed Application for Leave to Deposit Funds, leave
2  is hereby granted for New York Life Insurance Company ("New York Life") to
3  deposit with the Court Clerk a check made payable to "Clerk of the United States
4  District Court, Eastern District of California" in an amount to be determined
5  representing the full balance of the unpaid life insurance policy proceeds of
6  $100,000.00 owed under New York Life's life insurance policy number 46070236
7  issued to Edward D. Smith (deceased/policy owner), plus applicable interest through
8  the date the check is deposited with the Court Clerk.

**IT IS SO ORDERED**.

Dated: March 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

BARGER & WOLEN, LLP

Dated: March 18, 2008         By: _/s/ Robert E. Hess_
                                  Robert E. Hess
                                  California Bar No. 178042

                                  19800 MacArthur Blvd., 8th Fl.
                                  Irvine, California 92612
                                  Telephone: (949) 757-2800
                                  Facsimile: (949) 752-6313
                                  Email: rhess@barwol.com

                                  Attorneys for Plaintiff
                                  New York Life Insurance
                                  Company, a New York corporation

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-         Case No.: 2:08-cv-00471-LKK-JFM
ORDER DIRECTING DEPOSIT OF FUNDS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313; E-mail address: lacoba@barwol.com.

On **March 18, 2008**, I served the foregoing documents described as: **ORDER DIRECTING DEPOSIT OF FUNDS** on the interested parties in this action as follows:

| | |
|---|---|
| **Monica Caponio-Smith**<br>10231 Creek Trail Circle<br>Stockton, Ca 95209 | Defendant |
| **Estate of Edward Danny Smith** | Defendant |
| Jane M. Smith-Taylor<br>14478 Little Hill Lane<br>Grass Valley, Ca 95945 | Court Ordered Estate Administrator |
| J.T. Rishwain, Jr., Esq.<br>The Rishwain Law Firm<br>3031 West March Lane, Suite 112 South<br>Stockton, CA 95213 | Attorney for Court Ordered Estate Administrator |

☒ by placing the ☐ original ☒ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and transmitting via:

☒ **U.S. MAIL:** I caused such envelope(s) to be delivered by first-class mail. I am "readily familiar" with the firm's practice of collection and processing of First Class Mail. It is deposited with the Postal Service on the same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business and deposited in a mailbox or other like facility regularly maintained by the United States Postal Service.

☐ **OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered by overnight delivery by close of business of the next business day. I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight carrier. It is deposited with the overnight carrier or at a location authorized to receive parcels on behalf of the overnight carrier on the same day, fully prepaid at Irvine, California in the ordinary course of business.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **March 18, 2008**.

NAME: Lizette C Acoba           /s/ Lizette C. Acoba
                                  (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

Case No.: 2:08-cv-00471-LKK-JFM