J. T. RISHWAIN, JR. - SBN 34076
THE RISHWAIN LAW FIRM
3031 West March Lane, Suite 112 South
Stockton, CA  95219
Telephone: 209.472.9100
Facsimile:  209.956.4010

Attorney for Defendant,
ESTATE OF EDWARD DANNY SMITH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York Corporation,  Plaintiff,  vs.  MONICA CAPONIO-McKINLEY, an individual; ESTATE OF EDWARD DANNY SMITH, et al.,  Defendants. | Case No.: 2:08-CV-00471 LKK JFM  ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Pursuant to the Request to Continue Status (Pretrial Scheduling) Conference filed by J. T. RISHWAIN, JR., Attorney of record for Defendant, ESTATE OF EDWARD DANNY SMITH, the Status (PreTrial Scheduling) Conference presently set for June 16, 2008, at 3:00 PM, in Courtroom 4 (LKK) before Senior Judge LAWRENCE K. KARLTON, is continued to September 2, 2008, at 2:30 PM, in Courtroom 4 (LKK) before Senior Judge LAWRENCE K. KARLTON.

DATED: June 11, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1