Martin E. Rosen (108998) mrosen@barwol.com
Robert E. Hess (178042) rhess@barwol.com
BARGER & WOLEN, LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Tel: (949) 757-2800
Fax: (949) 752-6313

Attorneys for Plaintiff New York Life Insurance Company, a New York corporation

Joseph Thomas Rishwain, Jr. (34076) jtrishwain@aol.com
THE RISHWAIN LAW FIRM
3031 W. March Lane, Suite 112 South
Stockton, California 95219
Tel: (209) 472-.9100
Fax: (209) 956-4010

Attorneys for Defendant Estate of Edward Danny Smith *and* Cross-Complainant Jane M. Smith-Taylor, Administrator of the Estate of Edward Danny Smith

Monica Caponio-McKinley, In Pro Per
10231 Creek Trail Circle
Stockton, California 95209
Tel/Fax: (209) 478-9335

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MONICA CAPONIO-McKINLEY, an individual; ESTATE OF EDWARD DANNY SMITH; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:08-cv-00471-LKK-JFM<br><br>Action Filed : February 29, 2008<br><br>**STIPULATION RE DISTRIBUTION OF INTERPLEADER FUNDS AND DISMISSAL; ORDER** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

g:\docs\orders for docketing\lkk\10 stip re funds and dismissal.doc    Case No.: 2:08-cv-00471-LKK-JFM

STIPULATION RE DISTRIBUTION OF INTERPLEADER FUNDS AND DISMISSAL; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff New York
2  Life Insurance Company, and defendant the Estate of Edward Danny Smith, and
3  their attorneys of record, and defendant Monica Caponio-McKinley, in pro per, that
4  the parties have resolved this matter in its entirety.

6  IT IS HEREBY AGREED that the United States District Court, Eastern
7  District of California shall release and distribute the interpleader funds that were
8  deposited with the Court by New York Life Insurance Company (in the amount of
9  $114,961.43) in the following manner:

11  $6,314.87 by check made payable to New York Life Insurance Company;

13  $5,000 by check made payable to The Rishwain Law Firm;

15  $51,823.28 by check made payable to Monica Caponio-McKinley, and;

17  $51,823.28 by check made payable to Monica Caponio-McKinley, as
18  Guardian of the Estate of DARREN EDWARD SMITH, a minor.

20  IT IS HEREBY FURTHER AGREED that any additional funds (representing
21  interest accrued on the interpleader funds) shall be divided and distributed equally,
22  50% to Monica Caponio-McKinley, in her individual capacity, and 50% to Monica
23  Caponio-McKinley, as Guardian of the Estate of DARREN EDWARD SMITH, a
24  minor.

26  IT IS HEREBY FURTHER AGREED that the complaint on file herein shall
27  be dismissed with prejudice, each party to bear its/her own attorney fees and costs.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-   Case No.: 2:08-cv-00471-LKK-JFM
STIPULATION RE DISTRIBUTION OF INTERPLEADER FUNDS AND DISMISSAL; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 27, 2008 | BARGER & WOLEN, LLP |
| | |
| | By: */s/ Robert E. Hess* <br> MARTIN E. ROSEN <br> ROBERT E. HESS <br> Attorneys for Plaintiff <br> New York Life Insurance Company |
| Dated: August 28, 2008 | |
| | By: */s/ Monica Caponio-McKinley* <br> MONICA CAPONIO-MCKINLEY <br> Defendant in Pro Per |
| Dated: August 29, 2008 | THE RISHWAIN LAW FIRM |
| | By: */s/ J.R. Rishwain, Jr.* <br> J.T. RISHWAIN, JR. <br> Attorneys for Defendant <br> Estate of Edward Danny Smith |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-2-   Case No.: 2:08-cv-00471-LKK-JFM
STIPULATION RE DISTRIBUTION OF INTERPLEADER FUNDS AND DISMISSAL; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court, having reviewed the parties' Stipulation Re Distribution of Interpleader Funds and Dismissal, HEREBY ORDERS as follows:

1. The interpleader funds that were deposited with the Court by New York Life Insurance Company (in the amount of $114,961.43), are hereby released and shall be distributed in the following manner:

    (1) $6,314.87 to New York Life Insurance Company;

    (2) $5,000 to The Rishwain Law Firm;

    (3) $51,823.28 to Monica Caponio-McKinley, and;

    (4) $51,823.28 to Monica Caponio-McKinley, as Guardian of the Estate of Darren Edward Smith, a minor.

2. The interest accrued on the above-referenced interpleader funds is hereby released and shall be distributed in the following manner:

    (1) 50% interest accrued on the interpleader funds to Monica Caponio-McKinley, and;

    (2) 50% interest accrued on the interpleader funds to Monica Caponio-McKinley, as Guardian of the Estate of Darren Edward Smith, a minor.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-
ORDER
Case No.: 2:08-cv-00471-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1        3.     The complaint on file herein shall be dismissed with prejudice, each
2  party to bear its/her own attorney fees and costs.
3
4      IT IS SO ORDERED.
5
6      Dated:  September 5, 2008

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-2-
ORDER

PDF created with pdfFactory trial version www.pdffactory.com